

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00338-CV

PETER C. KERN AND SHERI D. KERN                                    APPELLANTS

V.

COOKE COUNTY, FM AND LATERAL ROAD, GAINESVILLE HOSPITAL DISTRICT, NORTH CENTRAL TEXAS COLLEGE, ROAD AND BRIDGE FUND, AND SIVELLS BEND INDEPENDENT SCHOOL DISTRICT                                    APPELLEES

------------

## FROM THE 235TH DISTRICT COURT OF COOKE COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

---

[1]*See* Tex. R. App. P. 47.4.

We have considered appellants' "Motion For Order Dismissing Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED:  February 21, 2013